**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Christopher Tyrone MACK,**
**Defendant–Appellant.**

**No. 12–13379**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 7, 2013.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL,

---

Pamela C. Marsh, U.S. Attorney's Office, Panama City, FL, Gregory Patrick McMahon, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, Darren James Johnson, Federal Public Defender's Office, Gainesville, FL, for Defendant–Appellant.

Before WILSON, ANDERSON and EDMONDSON, Circuit Judges.

PER CURIAM:

Stressing his diminished capacity, Christopher Tyrone Mack appeals his total 322–month sentence, imposed after he pleaded guilty to possession with intent to distribute narcotics and possession of a firearm in furtherance of drug trafficking. We lack jurisdiction to review the district court's refusal to grant a downward departure: nothing in the record indicates that the district court incorrectly believed that it lacked to authority to depart downwardly. For background, see *United States v. Dudley,* 463 F.3d 1221 (11th Cir.2006).

AFFIRMED.